FILED
JUL 29 2009
PATRICK E. DUFFY, CLERK
By
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| MARCEL ALEXIA FLOREA and IULIA FLOREA,<br><br>Plaintiffs,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., a Nebraska Corporation, et al.,<br><br>Defendants. | CV 08-52-M-DWM-JCL<br><br>ORDER |

The Court having reviewed for clear error the Findings and Recommendations of United States Magistrate Judge Jeremiah C. Lynch (Doc. No. 138), and having found no clear error therein,

IT IS HEREBY ORDERED that Defendant A & A Express, Inc.'s motion

for summary judgment (Doc. No. 95) is DENIED.

DATED this 28th day of July, 2009.

Donald W. Molloy, District Judge
United States District Court