

FILED
JAN 0 5 2010
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| MARCEL ALEXIA FLOREA and IULIA FLOREA, <br><br> Plaintiffs, <br><br> vs. <br><br> WERNER ENTERPRISES, INC., a Nebraska Corporation, et al., <br><br> Defendants. | CV 08-52-M-DWM-JCL <br><br><br><br><br> ORDER |

The Court having reviewed for clear error the Findings and Recommendations of United States Magistrate Judge Jeremiah C. Lynch (Doc. No. 277), and having found no clear error therein,

IT IS HEREBY ORDERED that Defendant Werner Enterprises, Inc.'s

-1-

motion for partial summary judgment (Doc. No. 139) is DENIED.

DATED this 5 day of January, 2010.

_____
Donald W. Molloy, District Judge
United States District Court